

08-CV-01673-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAO CHUN CHEN,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director,<br>U.S. Immigration and Customs Enforcement,<br><br>Respondent. | CASE NO. C08-1673-JLR-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 30th day of January, 2009.

JAMES L. ROBART
United States District Judge

ORDER